# CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2023R03725
Magistrate Number:

**CRIMINAL INDICTMENT**

United States Courts
Southern District of Texas
FILED

*May 08, 2024*

Filed Nathan Ochsner, Clerk of Court

No. **4:24-cr-00253**

Judge: **Bennett**

**UNITED STATES of AMERICA**
vs.

**ATTORNEYS:**
**ALAMDAR S. HAMDANI, USA**           (713) 567-9000
LISA COLLINS, AUSA                    (713) 567-9000

| Defendant | Counts | Appt'd | Private |
|---|---|---|---|
| KENNETH KELLEY | Cts: 3, 4, 5, 6, 9, 10, 11 and 12 | ☐ | ☐ |
| MARQUIS RICHARD | Cts: 1 and 2 | ☐ | ☐ |
| KE SHAUN JOHNSON | Cts: 1, 2,3,4,5 and 6 | ☐ | ☐ |
| LORENZO JACKSON | Cts: 9, 10, 11, and 12 | ☐ | ☐ |
| NYREON TUCKER | Cts: 7 and 8 | ☐ | ☐ |
| BRIAN DORSEY | Cts: 7 and 8 | ☐ | ☐ |

CT 1, 3, 5, 7, 9, and 11: Interference with Commerce by Robbery [18 USC §§ 1951(a) and 2]

CT 2, 4, 6, 8, 10, and 12: Using and Carrying a Firearm during and in Relation to a Crime of Violence [18 USC §§ 924(c)(1)(A)]

CHARGE:
(TOTAL)
(COUNTS:)
( 12 )

**PENALTY:**

Cts: 1, 3, 5, 7, 9 and 11:  up to 20 years imprisonment, up to a 250k dollar fine, up to 3 years supervised release and 100 dollar special assessment

Cts: 2, 4, 6, 8, 10 and 12:  5 years and up to life imprisonment, up to a 250k dollar fine, up to 3 years supervised release and up to 100 dollar special assesment

☑ In Jail

☐ On Bond

☐ No Arrest

**NAME & ADDRESS of Surety:**

**PROCEEDINGS:**